NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Richard L. Charnley (SBN: 70430)
Nicole W. Uhlmann (SBN: 200783)
CHARNLEY RIAN LLP
12121 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Tel: (310) 321-4300

ATTORNEY(S) FOR: Plaintiffs Scott W. Hallock, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SCOTT W. HALLOCK, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:20-cv-2726 |
| v. | |
| KEVIN HEALEY, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFFS _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Netflix | Current Licensee of Plaintiffs' series |
| SyFy Channel (fka SciFi), owned by NBCUniversal Cable Entertainment Group, a division of NBCUniversal, a subsidiary of Comcast. | Former Licensee of Plaintiffs' series |
| Viacom, owned by National Amusements and Columbia Broadcasting Systems. | Current Licensee of Plaintiffs' series |

Date: 3/23/2020

Signature: /s/ Richard Charnley

Attorney of record for (or name of party appearing in pro per):

Scott Hallock, WMTI Productions, WMTI Productions North,