FILED

NOV 27 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT W. HALLOCK, an individual; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KEVIN HEALEY, an individual; PROPAGATE CONTENT, LLC, a Delaware Limited Liability Company, <br><br> Defendants-Appellants. | No.  20-56113 <br><br> D.C. No. 2:20-cv-02726-CJC-MAA <br> Central District of California, Los Angeles <br><br> ORDER |

Appellants' unopposed motion to dismiss this appeal (Docket Entry No. 6) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Robert S. Kaiser
Circuit Mediator

rsk/mediation