**LATHROP GPM LLP**
Ronald A. Valenzuela (State Bar No. 210025)
ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Tel: (310) 789-4600 Fax: (310) 789-4601

Eric D. Sidler (admitted *pro hac vice*)
eric.sidler@lathropgpm.com
Travis W. McCallon (admitted *pro hac vice*)
travis.mccallon@lathropgpm.com
Luke M. Meriwether (admitted *pro hac vice*)
luke.meriwether@lathropgpm.com
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel: (816) 292-2000 Fax: (816) 292-2001

Lee B. Bennin (admitted *pro hac vice*)
lee.bennin@lathropgpm.com
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Tel: (612) 632-3000 Fax: (612) 632-4000

Attorneys for Defendants
Kevin Healey and Propagate Content, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WMTI PRODUCTIONS, INC., a California corporation; WMTI PRODUCTIONS NORTH, INC., a Canadian corporation; and THE NEXT SEASON COMPANY, INC., a Canadian corporation,<br><br>            Plaintiffs,<br><br>     v. | Case No. 2:20-cv-02726 CJC (MAAx)<br><br>[Honorable Cormac J. Carney, Dept. 9B]<br><br>**APPLICATION TO FILE UNDER SEAL**<br><br><br>Hearing Date: June 26, 2023<br>Hearing Time: 1:30 p.m.<br>Complaint Filed: March 24, 2020 |

| | |
|---|---|
| KEVIN HEALEY, an individual; PROPAGATE CONTENT, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Trial Date: September 26, 2023 |

Pursuant to Local Rule 79-5, Defendants Kevin Healey and Propagate Content, LLC ("Defendants") hereby request that the Court grant this application to file the following documents under seal in support of Defendants' Motion for Summary Judgment (Dkt. No. 145). The documents are subject to claims of confidentiality by the parties:

- Memorandum in Support of Defendants' Motion for Summary Judgment;
- Rule 56 Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits 3, 4, 7, 8, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 29, 30, 31, 33, 34, 35, 36, 37, 38, 56, 64, 71, 72, 76, 81, 86, 87, 88, 108, 111, 112, 114, 115, 116, 118, 119, 120, 121, 122, 123, 124, and 125 to the Declaration of Eric D. Sidler in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits AA and BB to the Declaration of Michael Robert (Bob) Gale in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits AA and BB to the Declaration of David L. Simon in Support of Defendants' Motion for Summary Judgment; and
- Confidential Exhibit AA to the Declaration of Robert Wunderlich in Support of Defendants' Motion for Summary Judgment.

The aforementioned documents and exhibits are relevant to Defendants' contemporaneously filed Motion for Summary Judgment and contain information that has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL in this action pursuant to the Protective Order entered by the Court on February 24, 2021. (Dkt. No. 65). The Protective Order requires the party moving to file documents under seal to comply with L.R. 79-5. Based on the terms of the Protective Order and

the Local Rules, Defendants respectfully request that the Court grant this Application to File Under Seal.

As set forth in the accompanying declaration, counsel for Defendants and counsel for Plaintiffs have conferred about and agreed on the need to maintain the confidentiality of documents and information designated under the Protective Order.

For these reasons, and those set forth in the accompanying declaration, Defendants request the sealing of these documents. The requested relief is narrowly tailored to serve the specific interests to be protected. In an effort to abide by the terms of the Protective Order, Defendants request that the Court allow these materials to be filed under seal.

Dated: May 1, 2023                LATHROP GPM LLP

By: /s/   Eric D. Sidler

Attorneys for Defendants
Kevin Healey and Propagate Content, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the CM/ECF system with service upon the following counsel via the CM/ECF Notice of Electronic Filing:

BALABAN & SPIELBERGER, LLP
Andrew J. Spielberger
andrew@dbaslaw.com
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049

Attorney for Plaintiffs,
WMTI Productions, Inc. et al.

/s/ Eric D. Sidler
Attorney for Defendants Kevin Healey and Propagate Content, LLC

61702563v1