**LATHROP GPM LLP**
Ronald A. Valenzuela (State Bar No. 210025)
ronald.valenzuela@lathropgpm.com
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
Tel: (310) 789-4600 Fax: (310) 789-4601

Eric D. Sidler (admitted *pro hac vice*)
eric.sidler@lathropgpm.com
Travis W. McCallon (admitted *pro hac vice*)
travis.mccallon@lathropgpm.com
Luke M. Meriwether (admitted *pro hac vice*)
luke.meriwether@lathropgpm.com
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel: (816) 292-2000 Fax: (816) 292-2001

Lee B. Bennin (admitted *pro hac vice*)
lee.bennin@lathropgpm.com
80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Tel: (612) 632-3000 Fax: (612) 632-4000

Attorneys for Defendants
Kevin Healey and Propagate Content, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WMTI PRODUCTIONS, INC., a California corporation; WMTI PRODUCTIONS NORTH, INC., a Canadian corporation; and THE NEXT SEASON COMPANY, INC., a Canadian corporation, | Case No. 2:20-cv-02726 CJC (MAAx) [Honorable Cormac J. Carney, Dept. 9B] **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |
| Plaintiffs, | Hearing Date: June 19, 2023 |
| v. | Hearing Time: 1:30 p.m. Complaint Filed: March 24, 2020 |

1

KEVIN HEALEY, an individual;
PROPAGATE CONTENT, LLC, a
Delaware Limited Liability Company;
and DOES 1 through 100, inclusive,

Defendants.

Trial Date: September 26, 2023

Having considered the Application of Defendants Kevin Healey and Propagate Content, LLC to file documents under seal (Dkt. No. 154), and finding that a sufficient showing to file these documents under seal has been shown, IT IS HEREBY ORDERED THAT the following documents shall be filed under seal:

- Memorandum in Support of Defendants' Motion for Summary Judgment;
- Rule 56 Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits 3, 4, 7, 8, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 29, 30, 31, 33, 34, 35, 36, 37, 38, 56, 64, 71, 72, 76, 81, 86, 87, 88, 108, 111, 112, 114, 115, 116, 118, 119, 120, 121, 122, 123, 124, and 125 to the Declaration of Eric D. Sidler in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits AA and BB to the Declaration of Michael Robert (Bob) Gale in Support of Defendants' Motion for Summary Judgment;
- Confidential Exhibits AA and BB to the Declaration of David L. Simon in Support of Defendants' Motion for Summary Judgment; and
- Confidential Exhibit AA to the Declaration of Robert Wunderlich in Support of Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

SIGNED at Los Angeles, California, this _____ day of _____, 2023.

_____
CORMAC J. CARNEY
U.S. District Judge

61702565v1

3