**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA  90049
Tel:    (424) 832-7677
Fax:    (424) 832-7702
Daniel K. Balaban, (SBN) 243652
        daniel@dbaslaw.com
Andrew J. Spielberger, (SBN) 120231
        andrew@dbaslaw.com
Vanessa Loftus Brewer, (SBN) 265213
        vanessa@dbaslaw.com
Kahren Harutyunyan, (SBN) 298449
        kahren@dbaslaw.com

Attorney for Plaintiff,
SCOTT W. HALLOCK, an individual et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WMTI PRODUCTIONS, INC., a California corporation; WMTI PRODUCTIONS NORTH, INC., a Canadian corporation; and THE NEXT SEASON COMPANY, INC., a Canadian corporation, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN HEALEY, an individual; PROPAGATE CONTENT, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:20-cv-02726 CJC (MAAx) <br><br> [Honorable Cormac J. Carney, Dept. 9B] <br><br> **SEALED DECLARATION OF ANDREW J. SPIELBERGER, ESQ. IN SUPPORT OF APPLICATION TO FILE UNDER SEAL** <br><br> **Hearing Date:**     June 26, 2023 <br> **Time:**              1:30 PM <br> **Dept.:**             9B <br><br> **Complaint Filed:**  03/24/2020 <br> **Trial Date:**       02/21/2023 |

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BLVD., STE. 345
LOS ANGELES, CA  90049

## DECLARATION OF ANDREW J. SPIELBERGER, ESQ.

I, Andrew J. Spielberger, declare as follows:

1.       I am over the age of 18 and an attorney at law licensed to practice before the Court in this matter, and I am a Partner of the law firm Balaban & Spielberger. LLP, attorneys of record for Plaintiffs. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.       On May 22, 2023 (Dkt. No. ___), pursuant to Local Rule 79-5, Plaintiffs requested that the Court grant its application to file the following documents under seal:

**Exhibit 3** – Portions of the Deposition of Paul Jackson, which took place on January 27, 2023;

**Exhibit 10** – The Rebuttal Expert Report of Robert Wunderlich: An Analysis of Economic Damages, dated December 16, 2022, in response to the report of Plaintiffs' Expert Tyler Massey;

**Exhibit 24** – The Rebuttal Argument of Plaintiff's Expert Tyler Massey to Expert Report of Robert Wunderlich, dated January 23, 2023;

**Exhibit 25** – The Rebuttal Argument of Plaintiff's Expert Tyler Massey, dated December 15, 2022, in response to the report of Defendants' expert David L. Simon;

**Exhibit 26** – The Expert Report of Defendants' expert Michael Robert (Bob) Gale November 4, 2022;

**Exhibit 27** – The Rebuttal Report of Defendants' expert Michael Robert (Bob) Gale to the report of Plaintiffs' Expert Paul Jackson dated December 16, 2022;

**Exhibit 28** – The relevant transcript excerpts from the deposition of Michael Robert (Bob) Gale that took place on February 14, 2023;

**Exhibit 29** – The Plaintiffs' expert Report of Paul Jackson dated October 14, 2022;

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BLVD., STE. 345
LOS ANGELES, CA 90049

**Exhibit 30** – The Rebuttal Argument of Plaintiffs' expert Paul Jackson to Defendants' expert Michael Robert (Bob) Gale, dated December 14, 2022;

**Exhibit 31** – The pertinent portions of Plaintiffs' Rule 26 Initial Disclosures served on or about March 1, 2021;

**Exhibit 32** The pertinent portions of the Amended Rule 26 Disclosures of Plaintiffs served on or about August 26, 2022;

**Exhibit 33** The pertinent portions of Plaintiff WMTI Productions Inc.'s Amended Further Responses to Defendant Propagate Content, LLC's Special Interrogatories, Set Two, served on or about May 22, 2023;

**Exhibit 34** – The relevant transcript excerpts from the deposition of Kevin Healey that took place on August 15, 2022;

**Exhibit 35** – The relevant transcript excerpts from the deposition of Isabel San Vargas that took place on August 26, 2022;

**Exhibit 36** – The relevant transcript excerpts from the deposition of Tyler Massey that took place on February 21, 2023;

**Exhibit 38** – The Declaration of Paul Jackson in Support of Plaintiff' Opposition to Motion for Summary Judgment and Opposition to Defendants' Motion to Exclude Expert Options and Testimony of Paul Jackson dated May 19, 2023;

**Exhibit 39** – The relevant transcript excerpts from the deposition of Scott Hallock volume I that took place on July 6, 2022;

**Exhibit 40** – The Settlement Agreement and Mutual Release dated January 1, 2016 between Mr. Scott Hallock and Mr. Kevin Healey produced by the Plaintiffs as PLS-001049-1074;

**Exhibit 42** – The email communication from Mr. Justin Rutsky to Mr. Scott Hallock dated August 2, 2019 produced by Plaintiffs as PLS-002498;

**Exhibit 43** – The email from Mr. Kevin Dill to Mr. Scott Hallock dated July 24, 2019 produced by Plaintiffs as PLS 0036672-3676;

**Exhibit 44** – The relevant transcript excerpts from the deposition of Hayden

3

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BLVD., STE. 345
LOS ANGELES, CA 90049

Meyer that took place on August 17, 2022;

**Exhibit 47** – The Declaration of Hayden Meyer in Support of Plaintiff' Opposition to Motion for Summary Judgment and Opposition to Defendants' Motion to Exclude Expert Opinions and Testimony of Tyler Massey, and all attached Exhibits, dated May 19, 2023;

**Exhibit 48** – The Declaration of Tyler Massey in Support of Plaintiff's Opposition to Motion for Summary Judgment and Opposition to Defendants' Motion to Exclude Expert Opinions and Testimony of Tyler Massey, dated May 20, 2023;

**Exhibit 49** – The relevant transcript excerpts from the deposition of Robert Wunderlich that took place on Marcy 2, 2023;

**Exhibit 50** – Plaintiff's Unredacted Opposition to Defendants' Motion for Summary Judgment;

**Exhibit 51** – Plaintiff's Unredacted Statement of Genuine Disputes in Opposition to Defendants' Motion for Summary Judgment;

**Exhibit 52** – Plaintiff's Unredacted Objections to Defendants' Evidence;

**Exhibit 53 –** Unredacted Proposed Order Re: Plaintiff's Objections to Defendants' Evidence;

**Exhibit 54** – Plaintiff's Unredacted Opposition to Defendants' Daubert Motion to Exclude Opinions and Testimony of Plaintiff's Expert Paul Jackson; and

**Exhibit 55** – Plaintiff's Unredacted Opposition to Defendants' Daubert Motion to Exclude Opinions and Testimony of Plaintiff's Expert Tyler Massey.

3.      The aforementioned documents and exhibits are relevant to Plaintiffs' contemporaneously filed Opposition to Defendants' Motion for Summary Judgment and contain information that has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL in this action pursuant to the Protective Order entered by the Court on February 24, 2021. (Dkt. No. 65).

4.      Counsel for both Parties previously agreed to maintain the confidentiality

of documents and information designated under the Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of May, 2023 at Los Angeles, California.


*/s/ Andrew J. Spielberger*
Andrew J. Spielberger, Esq.

BALABAN & SPIELBERGER LLP
11999 SAN VICENTE BLVD., STE. 345
LOS ANGELES, CA 90049

# EXHIBIT 3
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 10
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 24 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 25
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 26 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 27 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 28 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 29 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 30
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 31 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 32
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 33
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 34
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 35
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 36
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 37
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 38 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 39 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 40
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 42 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 43
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 44 PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 47
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 48
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 49
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 50
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 51
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 52
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 53
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 54
# PROPOSED TO BE
# FILED UNDER SEAL

# EXHIBIT 55
# PROPOSED TO BE
# FILED UNDER SEAL