**BALABAN & SPIELBERGER, LLP**
11999 San Vicente Blvd., Suite 345
Los Angeles, CA 90049
Tel: (424) 832-7677
Fax: (424) 832-7702
Daniel K. Balaban, (SBN) 243652
    daniel@dbaslaw.com
Andrew J. Spielberger, (SBN) 120231
    andrew@dbaslaw.com
Vanessa Loftus Brewer, (SBN) 265213
    vanessa@dbaslaw.com
Kahren Harutyunyan, (SBN) 298449
    kahren@dbaslaw.com

Attorney for Plaintiff,
WMTI PRODUCTIONS, INC., et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WMTI PRODUCTIONS, INC., a California corporation; WMTI PRODUCTIONS NORTH, INC., a Canadian corporation; and THE NEXT SEASON COMPANY, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN HEALEY, an individual; PROPAGATE CONTENT, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02726 CJC (MAAx)<br><br>[Honorable Cormac J. Carney, Dept. 9B]<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS KEVIN HEALEY AND PROPAGATE CONTENT, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Complaint Filed:** 03/24/2020<br>**Trial Date:** 09/26/2023 |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT:** Plaintiffs hereby provide this Notice of Errata re: Plaintiffs' Opposition to Defendants Kevin Healey and Propagate Content, LLC's Motion for Summary Judgment (Dkt. #171).

On page 39 lines 22-23, Plaintiffs' inadvertently failed to cite Plaintiffs' Undisputed Material Fact (PUMF) #5 from Plaintiffs' Statement of Genuine Disputes In Opposition to Defendants' Motion for Summary Judgment (Dkt. #171), such that the accurate statement should read:

"Plaintiffs produce evidence of vicarious liability for the employer (Propagate) for the infringement actions of its employee (Healey) while Healey was acting in the course and scope of his employment as Mr. Healey testified that he was an employee of Propagate from 2016 to 2022, that Propagate principles had control over Mr. Healey's employment (i.e. right to terminate employment by Propagate bosses and Healey's need to work with his bosses at Propagate on Prank Encounters) that Propagate provided Mr. Healey with an office and tools for his work within Propagate. [PUMF 5, Ex. 34 @ 98:20- 99:1; 101:7-102:9; 103:5-17; 106:1-107:4]."

DATED: May 24, 2023                BALABAN & SPIELBERGER, LLP

By: /s/ *Andrew J. Spielberger, Esq.*
Daniel K. Balaban
Andrew J. Spielberger
Vanessa L. Loftus-Brewer
Kahren Harutyunyan
Attorneys for Plaintiffs,
WMTI PRODUCTIONS, INC., et al.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 11999 San Vicente Boulevard Suite 345 Los Angeles, CA 90049.

On the date set forth below, I served the foregoing documents described as:

**NOTICE OF ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS KEVIN HEALEY AND PROPAGATE CONTENT, LLC'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action.

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐    **BY MAIL:**

☐    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    **BY ELECTRONIC SERVICE:**    I caused such documents to be transmitted via email to the parties indicated on the attached service list, at their respective email addresses.

☒ **I certify that the participants on the attached service list are entitled to receive said document and are registered CM/ECF users and that service will be accomplished by said Court's CM/ECF system.**

Executed on May 25, 2023 at Los Angeles, California.

☒    **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Drue Balaban                               /s/ *Drue Balaban*
Name                                        Signature

<u>SERVICE LIST</u>
**WMTI PRODUCTIONS, INC, et al. v. KEVIN HEALEY, et al.**
Case No. 2:20-cv-02726 CJC (MAAx)

| | |
|---|---|
| Ronald A. Valenzuela, Esq.<br>LATHROP GPM, LLP<br>2049 Century Park East, Suite 3500S<br>Los Angeles, CA 90067<br>Attorneys for Defendant, *Kevin Healey* | Telephone:   310.789.4646<br>Fax:              310.789.4601<br>Ronald A. Valenzuela, Esq.<br>E-mail: ronald.valenzuela@lathropgpm.com<br>Lee Bennin, Esq.<br>E-mail: lee.bennin@lathropgpm.com<br>Terry L.. Mueller<br>E-mail: terry.mueller@lathropgpm.com<br>Kris A. Trecartin<br>E-mail: kris.trecartin@lathropgpm.com |
| Sidler, Eric D., Esq. (Pro Hac Vice)<br>LATHROP GPM, LLP<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108<br>Attorneys for Defendant, *Kevin Healey* | Telephone:   816.292.2000<br>Fax:              816.292.2001<br>Eric D. Sidler, Esq.<br>E-mail: Eric.Sidler@lathropgpm.com |